RIVERS LAW FIRM, P.A.
701 BUILDING SUITE 300
701 FOURTH AVENUE SOUTH
MINNEAPOLIS, MN 55415

ATTORNEY:
BRUCE RIVERS
EMAIL: BRUCE@RIVERSLAWYERS.COM
PARALEGAL:
KELLY WILSON
EMAIL: KWILSON@RIVERSLAWYERS.COM

LAW OFFICES
TELEPHONE 612.339.3939
FACSIMILE 612.332.4003
WWW.RIVERSLAWYERS.COM

June 17, 2026

The Honorable Magistrate Judge David T. Schultz
United States Magistrate Judge
300 South Fourth Street
Minneapolis, MN 55415

Re: United States of America v. Abdullahi Mohamud Mohamed
Case No.: 26-CR-00078 (NEB-DTS)

Dear Judge Schultz,

This letter is to inform the Court that we will not be filing any pretrial motions. Therefore, a motions hearing is not necessary.

Respectfully,

*/s/ Bruce Rivers*
Attorney for Defendant